IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KRISTEN ARMENDARIZ,

    Plaintiff,

vs.                                                  Civ. No. 98-1309 LH/WWD

CITY OF ALBUQUERQUE
POLICE DEPARTMENT,

    Defendant.

## MEMORANDUM OPINION AND ORDER

This matter comes before the Court upon City's Motion to Compel Answers to Interrogatories and Responses to Requests for Production [docket no. 31]. No interrogatories or requests for production propounded by the City of Albuquerque have been filed with the motion or the memorandum in support of the motion. The City of Albuquerque's motion to compel filed August 6, 1999, should be denied.

    **IT IS SO ORDERED**.

                                                    _____
                                                    UNITED STATES MAGISTRATE JUDGE