IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KRISTEN ARMENDARIZ,

    Plaintiff,

vs.                                                                     Civ. No. 98-1309 LH/WWD

CITY OF ALBUQUERQUE POLICE
DEPARTMENT,

    Defendant.

## MEMORANDUM OPINION AND ORDER

This matter comes before the Court upon Plaintiff's Second Motion to Compel [docket no. 58]. Plaintiff seeks certain information over a ten year period regarding Defendant's employees' use of certain types of leave in a variety of circumstances. Given the information which has been ordered to be produced from Plaintiff's First Motion to Compel, I find that the instant interrogatory is repetitious.

**WHEREFORE,**

**IT IS ORDERED** that Plaintiff's Second Motion to Compel be, and it hereby is, DENIED.

_____
UNITED STATES MAGISTRATE JUDGE