IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KRISTEN ARMENDARIZ,

    Plaintiff,

vs.                                                           Civ. No. 98-1309 LH/WWD

CITY OF ALBUQUERQUE POLICE
DEPARTMENT,

    Defendant.

## MEMORANDUM OPINION AND ORDER

This matter comes before the Court *sua sponte*. I have reviewed *in camera* Internal Affairs files for cases numbered I-17-94, I-25-94, and I-88-94. Claims of privilege were made with respect to these three cases. Cases I-17-94 and I-25-94 have no relevance to the instant lawsuit and production of those case files will not be ordered. The case file in I-88-94 with Bates numbers 30938 through 30963 should be produced to Plaintiff forthwith subject to an appropriate confidentiality order.

Discovery in this cause shall proceed in accordance with the foregoing.

**IT IS SO ORDERED**.

                                                       _____
                                                       UNITED STATES MAGISTRATE JUDGE