IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KRISTEN ARMENDARIZ,

    Plaintiff,

vs.                               Civ. No. 98-1309 LH/WWD

CITY OF ALBUQUERQUE POLICE
DEPARTMENT,

    Defendant.

## MEMORANDUM OPINION AND ORDER

This matter comes before the Court *sua sponte*. On September 17, 1999, I entered a Memorandum Opinion and Order [docket no. 63] which required Defendant's counsel to make inquiry concerning the absence of a file numbered I-26-94 in the Internal Affairs files of the Albuquerque Police Department. Defendant's counsel has now responded to me by letter concerning the apparent missing file. On the basis of the representations made by defense counsel, I find that the missing file concerned a person not named as a party in this cause and would not be relevant to any matter raised in this cause.

    **WHEREFORE,**

    **IT IS ORDERED** that no further inquiry concerning file numbered I-26-94 is necessary.

                                                   _____
                                                   UNITED STATES MAGISTRATE JUDGE