IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KRISTEN ARMENDARIZ,

       Plaintiff,

vs.                                     Civ. No. 98-1309 LH/WWD

ALBUQUERQUE POLICE DEPARTMENT.

       Defendant.

MEMORANDUM OPINION AND ORDER

This matter comes before the Court *sua sponte* following my review of a tape containing conversations with the Plaintiff which was submitted to me for an *in camera* review pursuant to my Memorandum Opinion and Order of November 29, 1999 [docket no. 104]. I have carefully listened to the tape two times. I find that the tape could be relevant; accordingly, it should be produced.

**WHEREFORE,**

**IT IS ORDERED** that on or before December 6, 1999, Defendant shall deliver to Plaintiff a copy of the aforementioned tape.

**IT IS FURTHER ORDERED** that no sanctions shall be awarded in connection with Plaintiff's Motion to Compel and for Sanctions [docket no. 84].

_____
UNITED STATES MAGISTRATE JUDGE